# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                        CRIMINAL ACTION NO. 5:16-cr-00221

MICHAEL KOSTENKO, D.O.,

        Defendant.

### ORDER

The Court observes that both parties have indicated that they may present witnesses at the Defendant's sentencing hearing, scheduled for August 23, 2017. Accordingly, the Court **ORDERS** that the parties submit lists of witnesses they may call, and the topic on which each witness is expected to testify, by **Friday, August 18, 2017.**

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

                                  ENTER:        August 15, 2017

*/s/ Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA